# Morgan Lewis

**Eric M. Makinen**
+1.312.324.1470
eric.makinen@morganlewis.com

August 13, 2025

**VIA ECF**

Hon. Andrew E. Krause
300 Quarropas Street
White Plains, NY 10601

Re:   <u>Regel v. Campbell Soup Company, et al., Case No. 7:24-cv-06541-KMK-AEK</u>

Your Honor:

Pursuant to the Court's July 11, 2025 Order, Plaintiff Sean A. Regel ("Plaintiff") together with Defendant Campbell Soup Company, n/k/a The Campbell's Company and Defendant/Counterclaim Plaintiff Snyder's-Lance, Inc. (collectively, "Defendants"), through their undersigned counsel, jointly write to provide a status update regarding discovery.

Pursuant to prior agreement and the Court's July 11 Order (Dkt No. 68), Plaintiff has produced all portions of his 2018 and 2019 tax returns listing his business expenses. Plaintiff certifies that he has obtained full copies of his 2018 and 2019 tax returns.

Defendants have reviewed these productions and have raised questions regarding the propriety of certain redactions contained in the productions, including redactions of specific expense amounts that are not otherwise reflected in production materials. These include redactions for specific line items on Plaintiff's 2018 and 2019 Schedule C filings—which is the form used "to report income or loss from a business [the taxpayer] operated" (*see* https://www.irs.gov/forms-pubs/about-schedule-c-form-1040). These redactions include line items such as:

- "Total Expenses" (Line 28) (2018 and 2019 Returns)

- "Expenses for business use of your home" (Line 30) (2018 Return)

- Individual lines in the "Other Expenses" section of the Form Schedule C, which includes a direction to "List below business expenses not included on lines 8-26" (2018 and 2019 Returns)

**Morgan, Lewis & Bockius LLP**

110 North Wacker Drive
Chicago, IL  60606-1511                ☏ +1.312.324.1000
United States                                   ✆ +1.312.324.1001

Hon. Andrew E. Krause
August 13, 2025
Page 2

- "Depreciation and Section 179 expense deduction" (Line 13) (2019 Return)

- "Total Other Expenses" (Line 48) (2018 and 2019 Returns)

Defendants have requested that Plaintiff produce unredacted copies of his tax returns. Plaintiff informed Defendants at 6:51 pm ET on August 13, 2025, that he will not reconsider the redactions or produce unredacted versions of these materials. Plaintiff informed Defendants of the basis for his position, being that all portions of the tax returns relevant to business expenses claimed in this litigation were included in the production and Defendants do not have an entitlement to Plaintiff's tax information unrelated to this inquiry. For example, Plaintiff is not seeking any damages from Defendants in this matter related to "expenses for business use of [his] home," or for depreciation.  Indeed, Plaintiff has always maintained an objection to providing such extraneous information. Defendants filed a motion to compel that extraneous information, and then they withdrew their motion.  ECF No. 64.

In light of this dispute, and absent Plaintiff's identification of other production materials that "provide information regarding [the redacted] business expenses" (*see* July 11 Order), Defendants request that the Court order Plaintiff to produce unredacted copies or, at minimum, conduct an in camera review of the production materials to determine if any redactions must be withdrawn. Aside from this dispute regarding the redacted information, the Parties agree that discovery is complete with respect to Plaintiff's individual claims and S-L's counterclaim.  As a result, Defendants have sought a pre-motion conference to address their anticipated motion for summary judgment.  Dkt. 66.  This pre-motion conference is scheduled for September 12, 2025 before Judge Karas.  Dkt. 69.


Respectfully submitted,

| | |
|---|---|
| */s/ Eric M. Makinen* | */s/Jordan Belcastro* |
| Eric M. Makinen | Jordan Belcastro |
| *Counsel for Defendants* | *Counsel for Plaintiff* |


EMM
cc:     All Counsel of Record (via ECF)