UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEAN A. REGEL, *an individual, on behalf of himself and all others similarly situated,*

                            Plaintiff,                      **ORDER**

           -against-                      24 Civ. 6541 (KMK) (AEK)

CAMPBELL SOUP COMPANY, *et al.*,

                            Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has reviewed the parties' joint status update letter, ECF No. 72. In order to resolve the one outstanding dispute regarding the redaction of portions of Plaintiff's 2018 and 2019 tax returns listing his business expenses, the Court will conduct an *in camera* review of the documents in question.

      Accordingly, Plaintiff is directed to submit both unredacted and redacted copies of these documents, and a letter explaining the basis for the redactions, by no later than **August 22, 2025**. The letter should be emailed to the Court at KrauseNYSDChambers@nysd.uscourts.gov. Chambers staff will provide separate instructions to Plaintiff's counsel for how to securely submit the documents to the Court for review.

Dated:  August 14, 2025
         White Plains, New York

                                                    **SO ORDERED.**

                                                 _____
                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge