UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN A. REGEL, an individual, on behalf of himself and all others similarly situated

Plaintiff,

-against-

CAMPBELL SOUP COMPANY, and SNYDER'S-LANCE, INC.,

Defendant.

24 CIVIL 6541 (KMK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 29, 2026, the Motion for Summary Judgment is granted. Accordingly, Judgment is entered in favor of Defendant and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nelson Durbel
**Deputy Clerk**