UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN A. REGEL, an individual, on behalf of himself and all others similarly situated

Plaintiff,

-against-

CAMPBELL SOUP COMPANY, and SNYDER'S-LANCE, INC.,

Defendant.

24 CIVIL 6541 (KMK)

# AMENDED JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Amended Opinion & Order dated October 30, 2026, the Motion for Summary Judgment is granted, the pending counterclaim at Dkt. No. 21 is terminated, and the pending FLSA opt-ins are terminated. The limitations periods for the opt-in plaintiffs' FLSA claims are tolled from the date each plaintiff filed their consent through 60 days after entry of the Amended Judgment. The limitations period for their NYLL claims are tolled from August 29, 2024, through 60 days after entry of the Amended Judgment in favor of Defendants. The case is closed.

White Plains, New York
**Dated**: October 30, 2026

KENNETH M. KARAS
United States District Judge